1  MARGARET ROSENTHAL (147501)
   *mrosenthal@bakerlaw.com*
2  CHRISTOPHER M. HABASHY (280725)
   *chabashy@bakerlaw.com*
3  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
4  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
5  Facsimile: 310.820.8859

6  *Attorneys for Defendants*
   HOST INTERNATIONAL, INC. and HMS
7  HOST FAMILY RESTAURANTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE P. SIMON-VAN HOOK,<br><br>Plaintiff,<br><br>v.<br><br>HMS HOST FAMILY RESTAURANTS, INC. and HOST INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 4:19-cv-07072-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 4, 2020**<br><br>Action Filed: 10/28/2019<br>Trial Date: Not Set |

Having reviewed and considered the request by Defendants Host International, Inc. and HMS Host Family Restaurants, Inc. for their counsel to appear telephonically for the Initial Case Management Conference in the above-captioned matter, and finding good cause,

IT IS HEREBY ORDERED that the Request is GRANTED and that counsel for Host International, Inc. and HMS Host Family Restaurants, Inc. may appear telephonically for Initial Case Management Conference scheduled for February 4, 2020 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 1/29/2020

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge