UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BERNADINE P. SIMON-VAN HOOK, | Case No.: 4:19-cv-07072-HSG |
|---|---|
| Plaintiff, | [Hon. Haywood S. Gilliam, Jr., Crtm. 2] |
| v. | |
| HMS HOST FAMILY RESTAURANTS, INC. and HOST INTERNATIONAL, INC., | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE AND ALL TRIAL RELATED DEADLINES |
| Defendants. | Action Filed:     10/28/2019 |

Pursuant to the Bernadine P. Simon-Van Hook ("Plaintiff") and HMS Host Family Restaurants, Inc.'s and Host International, Inc.'s ("Defendants") Stipulation and for good cause shown, the Stipulation is granted:

- Close of Fact Discovery from August 28, 2020 to October 30, 2020;
- Exchange of Opening Expert Reports from September 8, 2020 to November 10, 2020;
- Exchange of Rebuttal Expert Reports from September 29, 2020 to December 1, 2020;
- Close of Expert Discovery from November 3, 2020 to January 5, 2021;
- Hearing of Dispositive Motions from December 3, 2020 at 2:00 p.m. to February 4, 2021 at 2:00 p.m.;
- Pretrial Conference from March 2, 2021 at 3:00 p.m. to May 4, 2021 at 3:00 p.m.; and
- Five Day Jury Trial from March 22, 2021 at 8:30 a.m. to May 24, 2021 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: 8/24/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE