<div style="margin-left: 2em;">BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES</div>

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE P. SIMON-VAN HOOK, | Case No.: 4:19-cv-07072-HSG |
| Plaintiff, | [Hon. Haywood S. Gilliam, Jr., Crtm. 2] |
| v. | **ORDER GRANTING STIPULATION TO REFER PARTIES TO A COURT APPOINTED SETTLEMENT CONFERENCE IN THE NEXT 45-60 DAYS; CONTINUE TRIAL DATE AND ALL TRIAL RELATED DEADLINES (as modified)** |
| HMS HOST FAMILY RESTAURANTS, INC. and HOST INTERNATIONAL, INC., | |
| Defendants. | |
| | Action Filed:        10/28/2019 |

1

**ORDER**

Pursuant to the Bernadine P. Simon-Van Hook ("Plaintiff") and HMS Host Family Restaurants, Inc.'s and Host International, Inc.'s ("Defendants") Stipulation and for good cause shown, the Stipulation is granted:

- The Court hereby refers the Parties to the ADR unit for Court - Connected Mediation to be completed in 45-60 days;

- Close of Expert Discovery will be continued from January 5, 2021 to March 8, 2021;

- If this matter does not settle, the deposition of Chelsea Polk will be taken on March 5, 2020 pursuant to a subpoena Plaintiff will serve

- Hearing of Dispositive Motions will be continued from February 4, 2021 at 2:00 p.m. to April 29, 2021 at 2:00 p.m.;

- Pretrial Conference will be continued from May 4, 2021 at 3:00 p.m. to August 10, 2021 at 3:00 p.m.; and

- Five Day Jury Trial will be continued from May 24, 2021 at 8:30 a.m. to August 23, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  12/14/2020

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING STIPULATION TO REFER PARTIES TO A COURT APPOINTED SETTLEMENT CONFERENCE IN THE NEXT 45-60 DAYS; CONTINUE TRIAL DATE AND ALL TRIAL RELATED DEADLINES; CASE NO. 4:19-CV-07072-HSG